UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : C.A. NO: 16-cv-2516-RRM-SMG |
| - against - | : |
| FIVE BELOW, INC., | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

Dated:  New York, New York     **BARRACK, RODOS & BACINE**
July 18, 2016

By:    /s/ A. Arnold Gershon
A. Arnold Gershon
Michael A. Toomey
11 Times Square
640 Eighth Avenue, 10th Floor
New York, NY  10036
Telephone:  (212) 688-0782
Facsimile:  (212) 688-0783

*Attorneys for Plaintiff Shiva Stein*